Eugenia B. WHITE, Plaintiff—
Appellant,

v.

FAIRFAX COUNTY GOVERNMENT,
Defendant—Appellee.

No. 09–1059.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 18, 2010.

Decided: Feb. 23, 2010.

Eugenia B. White, Appellant Pro Se.

Before WILKINSON, MICHAEL, and
KING, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Eugenia B. White appeals the district
court's order denying her second motion to
reconsider its order dismissing her em-

ployment discrimination complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *White v. Fairfax County Gov't*, No. 1:08–cv–01110–LMB–TRJ (E.D. Va. filed Dec. 9 & entered Dec. 10, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*